864

No. 79–6815.  Austin v. Woodard et al.  C. A. 4th Cir. Certiorari denied.

No. 79–6816.  Ventura v. Cupp, Penitentiary Superintendent.  Sup. Ct. Ore.  Certiorari denied.

No. 79–6817.  Hernandez-Rojas v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 79–6818.  Smith v. Assignment Office of Montgomery County Circuit Court et al.  C. A. 4th Cir.  Certiorari denied.

No. 79–6819.  Rigdon v. Russell Anaconda Aluminum Co. et al.  Sup. Ct. Miss.  Certiorari denied.

No. 79–6821.  Horton, aka Bynum v. United States. C. A. 3d Cir.  Certiorari denied.

No. 79–6822.  Pinson v. Maywebb Hosiery Mills et al. Sup. Ct. Miss.  Certiorari denied.

No. 79–6823.  Wilson v. United States.  C. A. 8th Cir. Certiorari denied.

No. 79–6824.  Willis v. United States.  Ct. Cl.  Certiorari denied.

No. 79–6827.  Holley v. County of Los Angeles, California, et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 79–6828.  Mains v. Butterworth et al.  C. A. 1st Cir.  Certiorari denied.